MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00385 EMC |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| NICHOLAS ALEXANDER SNOW, | |
| Defendant. | |

    The United States of America, by and through its attorney of record, and defendant Nicholas Alexander Snow ("defendant"), by and through his attorney of record, hereby stipulate as follows:

    1.    For the reasons stated in open court on September 5, 2013, and with the defendant's consent, the Court continued the above-captioned matter to October 16, 2013 at 2:30 p.m., and excluded time under the Speedy Trial Act from September 5, 2013 through October 16, 2013 to provide the defense lawyer with additional time to investigate this case for effective preparation.

    2.    The parties stipulate and agree that this matter should be continued to October 16, 2013 and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from September 5, 2013 through

Stipulation and Order
*U.S. v. Nicholas Alexander Snow*, CR 13-00385 EMC

1  October 16, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act,
2  18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action
3  which outweigh the best interest of the public and the defendant in a speedy trial and also under
4  section (B)(iv) for effective preparation of counsel, taking into account the exercise of due
5  diligence.

7  Dated: September 5, 2013                    MELINDA HAAG
                                               United States Attorney

                                               _____/s/_____
9                                              DEBORAH R. DOUGLAS
                                               Assistant United States Attorney

11 Dated: September 5, 2013                    _____/s/_____
                                               ELIZABETH FALK
12                                             Assistant Federal Public Defender
                                               Attorney for Defendant

## ORDER

For the reasons stated in court on September 5, 2013, and upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to October 16, 2013 at 2:30 p.m. and that the time from September 5, 2013 through October 16, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendants continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of

22 //
23 //
24 //
25 //
26 //
27 //

Stipulation and Order
*U.S. v. Nicholas Alexander Snow*, CR 13-00385 EMC

2

1 | justice served by the continuance outweigh the best interests of the public and the defendant in a
2 | speedy trial.  See 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: September  6  , 2013

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen